Export To PDF >

# Earnings Statement

**CORNELIUS JOHNSON**

Pay Date: 07/15/2016    Company: 0K736 - ARROW EXTERMINATORS              Emp #: A0W2
Period Start: 06/16/2016    8613 ROSWELL RD NE                                              Dept: 66528
Period End: 06/30/2016    ATLANTA, GA  30350    (770) 552-4943                    Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Paid Time Off - Commission | | | 0.00 | 120.00 |
| Commission -Mosquito Service | | | 30.97 | 436.43 |
| Commission -Sentricon Install | | | 39.44 | 66.32 |
| Commission -Sentricon Service/ | | | 347.29 | 3879.69 |
| Dept Rates OT | 19.50 | 4.50 | 87.75 | 87.75 |
| Dept Rates Regular | 0.00 | 18.00 | 0.00 | 1365.00 |
| Dept Rates Regular | 13.00 | 70.00 | 910.00 | 0.00 |
| Phone Reimbursement | | | 12.50 | 87.50 |
| Training Wages | | | 0.00 | 2699.08 |
| **Gross Pay** | | | **1427.95** | **8741.77** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/1) | | | 142.70 | 870.93 |
| Medicare | | | 19.47 | 123.90 |
| Social Security | | | 83.24 | 529.82 |
| Georgia State W/H (H/1) | | | 49.73 | 296.91 |

| Deductions | | | | |
|---|---|---|---|---|
| Auto Truck | | | 65.00 | 390.00 |
| Cigna Core - HSA HDHP | | | 0.00 | 78.54 |
| Cigna Core PPO Pre-Tax | | | 66.20 | 66.20 |
| Cigna Dental Pre-Tax | | | 16.30 | 48.90 |
| Cigna Vision Pre-Tax | | | 2.80 | 2.80 |
| Group Accident Plan | | | 15.27 | 15.27 |
| Uniform Rental | | | 7.60 | 45.60 |
| Uniforms | | | 29.16 | 98.30 |
| Unum Long Term Disability | | | 2.31 | 2.31 |
| Unum Short Term Disability | | | 6.90 | 6.90 |
| Vol Supp Life Child 5k | | | 0.36 | 1.08 |
| Vol Supp Life Employee | | | 2.80 | 2.80 |
| | | | 10.00 | 10.00 |


Export To PDF >

# Earnings Statement

**CORNELIUS JOHNSON**

Pay Date: 06/30/2016   Company: 0K736 - ARROW EXTERMINATORS        Emp #: A0W2
Period Start: 06/01/2016   8613 ROSWELL RD NE                      Dept: 66528
Period End: 06/15/2016    ATLANTA, GA  30350   (770) 552-4943      Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Paid Time Off - Commission | | | 0.00 | 120.00 |
| Commission -Mosquito Service | | | 62.51 | 405.46 |
| Commission -Sentricon Install | | | 0.00 | 26.88 |
| Commission -Sentricon Service/ | | | 980.39 | 3532.40 |
| Dept Rates OT | 0.00 | 2.50 | 0.00 | 0.00 |
| Dept Rates Regular | 0.00 | 81.50 | 0.00 | 455.00 |
| Dept Rates Regular | 13.00 | 9.00 | 117.00 | 0.00 |
| Phone Reimbursement | | | 12.50 | 75.00 |
| Training Wages | | | 0.00 | 2699.08 |
| **Gross Pay** | | | **1172.40** | **7313.82** |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H (S/1) | | | 108.83 | 728.23 |
| Medicare | | | 16.19 | 104.43 |
| Social Security | | | 69.24 | 446.58 |
| Georgia State W/H (H/1) | | | 36.18 | 247.18 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| Auto Truck | | | 65.00 | 325.00 |
| Cigna Core - HSA HDHP | | | 39.27 | 78.54 |
| Cigna Dental Pre-Tax | | | 16.30 | 32.60 |
| Uniform Rental | | | 7.60 | 38.00 |
| Uniforms | | | 29.16 | 69.14 |
| Vol Supp Life Child 5k | | | 0.36 | 0.72 |
| **Net Pay** | | | **784.27** | **5243.40**   Voucher No.: 30036381DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 784.27 | 5243.40   A/C:3697 |

Export To PDF >

# Earnings Statement

# CORNELIUS JOHNSON

Pay Date: 08/15/2016   Company: 0K736 - ARROW EXTERMINATORS   Emp #: A0W2
Period Start: 07/16/2016   8613 ROSWELL RD NE   Dept: 66528
Period End: 07/31/2016   ATLANTA, GA 30350   (770) 552-4943   Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Paid Time Off - Commission | | | 0.00 | 240.00 |
| Commission -Mosquito Service | | | 0.00 | 449.92 |
| Commission -Sentricon Install | | | 13.76 | 80.08 |
| Commission -Sentricon Service/ | | | 918.07 | 5484.70 |
| Dept Rates OT | 0.00 | 3.00 | 0.00 | 165.75 |
| Dept Rates OT | 19.50 | 3.00 | 58.50 | 0.00 |
| Dept Rates Regular | 0.00 | 39.00 | 0.00 | 2314.00 |
| Dept Rates Regular | 13.00 | 41.00 | 533.00 | 0.00 |
| Phone Reimbursement | | | 12.50 | 112.50 |
| Training Wages | | | 0.00 | 2699.08 |
| **Gross Pay** | | | **1535.83** | **11546.03** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/1) | | | 158.88 | 1148.58 |
| Medicare | | | 21.03 | 162.09 |
| Social Security | | | 89.93 | 693.10 |
| Georgia State W/H (H/1) | | | 56.20 | 393.26 |

| Deductions | | | | |
|---|---|---|---|---|
| Auto Truck | | | 65.00 | 520.00 |
| Cigna Core - HSA HDHP | | | 0.00 | 78.54 |
| Cigna Core PPO Pre-Tax | | | 66.20 | 198.60 |
| Cigna Dental Pre-Tax | | | 16.30 | 81.50 |
| Cigna Vision Pre-Tax | | | 2.80 | 8.40 |
| Group Accident Plan | | | 15.27 | 45.81 |
| Uniform Rental | | | 4.00 | 53.60 |
| Uniforms | | | 24.93 | 152.39 |
| Unum Long Term Disability | | | 2.31 | 6.93 |
| Unum Short Term Disability | | | 6.90 | 20.70 |
| Vol Supp Life Child 5k | | | 0.36 | 1.80 |
| Vol Supp Life Employee | | | 2.80 | 8.40 |

Export To PDF >

# Earnings Statement

**CORNELIUS JOHNSON**

Pay Date: 07/29/2016    Company: 0K736 - ARROW EXTERMINATORS    Emp #: A0W2
Period Start: 07/01/2016    8613 ROSWELL RD NE    Dept: 66528
Period End: 07/15/2016    ATLANTA, GA  30350    (770) 552-4943    Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Paid Time Off - Commission | 15.00 | 8.00 | 120.00 | 240.00 |
| Commission -Mosquito Service | | | 13.49 | 449.92 |
| Commission -Sentricon Install | | | 0.00 | 66.32 |
| Commission -Sentricon Service/ | | | 686.94 | 4566.63 |
| Dept Rates OT | 19.50 | 1.00 | 19.50 | 107.25 |
| Dept Rates Regular | 0.00 | 40.00 | 0.00 | 1781.00 |
| Dept Rates Regular | 13.00 | 32.00 | 416.00 | 0.00 |
| Phone Reimbursement | | | 12.50 | 100.00 |
| Training Wages | | | 0.00 | 2699.08 |
| **Gross Pay** | | | **1268.43** | **10010.20** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/1) | | | 118.77 | 989.70 |
| Medicare | | | 17.16 | 141.06 |
| Social Security | | | 73.35 | 603.17 |
| Georgia State W/H (H/1) | | | 40.15 | 337.06 |

| Deductions | | | | |
|---|---|---|---|---|
| Auto Truck | | | 65.00 | 455.00 |
| Cigna Core - HSA HDHP | | | 0.00 | 78.54 |
| Cigna Core PPO Pre-Tax | | | 66.20 | 132.40 |
| Cigna Dental Pre-Tax | | | 16.30 | 65.20 |
| Cigna Vision Pre-Tax | | | 2.80 | 5.60 |
| Group Accident Plan | | | 15.27 | 30.54 |
| Uniform Rental | | | 4.00 | 49.60 |
| Uniforms | | | 29.16 | 127.46 |
| Unum Long Term Disability | | | 2.31 | 4.62 |
| Unum Short Term Disability | | | 6.90 | 13.80 |
| Vol Supp Life Child 5k | | | 0.36 | 1.44 |
| Vol Supp Life Employee | | | 2.80 | 5.60 |
| | | | 10.00 | 20.00 |